IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW PERRY,

    Defendant.

: Case No. 3:17cr92

: JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY REVOKING DEFENDANT'S BOND AND
REMANDING HIM TO CUSTODY OF THE UNITED STATES MARSHALS;
BOND VIOLATION PETITION UNDER DATE OF DECEMBER 8, 2017,
DISMISSED; RIGHT OF APPEAL EXPLAINED AND DEFENDANT
INDICATED AN UNDERSTANDING OF SAME

---

Pursuant to the record made in open Court on January 3, 2018, the Defendant's bond, set and met August 28, 2017, was revoked and he was remanded to the custody of the United States Marshals Service to be held until the time of sentencing. The Petition dated December 8, 2017, is dismissed, given that Defendant has voluntarily surrendered himself.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

January 5, 2018

                              WALTER H. RICE
                         UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Dennis McCafferty, U.S. Pretrial Services Officer